PER CURIAM.
Affirmed. See State v. McLaughlin, 454 So.2d 617 (Fla. 5th DCA 1984); United States v. Freire, 710 F.2d 1515 (11th Cir. 1983), cert. denied, 465 U.S. 1023, 104 S.Ct. 1277, 79 L.Ed.2d 681 (1984); cf. Sims v. State, 425 So.2d 563 (Fla. 4th DCA 1982), review denied, 436 So.2d 100 (Fla.1983). See Simon v. State, 424 So.2d 975 (Fla. 4th DCA 1983). See Wong Sun v. United States, 371 U.S. 471, 83 S.Ct. 407, 9 L.Ed.2d 441 (1963); State v. Ward, 407 So.2d 353 (Fla. 2d DCA 1981); cf State v. Hunwick, 434 So.2d 1000 (Fla. 4th DCA 1983).